# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBRAHIM KURTI, | : | Civil No. 1:19-cv-2109 |
| Petitioner, | : | |
| v. | : | |
| DOUGLAS WHITE, WARDEN, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson_____
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
